

RECEIVED
IN LAKE CHARLES, LA

JUL 19 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-20043 |
| | * | |
| | * | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| VERSUS | * | 8 U.S.C. § 1324(a)(1)(B)(I) |
| | * | 18 U.S.C. § 982(a)(6)(A) |
| | * | |
| | * | JUDGE MINALDI |
| SANTOS MARTIN PAYAN | * | MAGISTRATE JUDGE WILSON |

## ORDER

Material witnesses, Domingo Antonio Varegas and Francisco Bonilla-Hernandez, represented by Joseph R. Streva, Jr. were deposed on July 13, 2007, by Assistant United States Attorney, Stephanie A. Finley, subject to cross-examination by Andrew Casanave, defense counsel for defendant, Santos Martin Payan, in the above-referenced criminal case. Pursuant to Rule 15 of the Federal Rules of Criminal Procedure, the witnesses are discharged from the material witness detainers filed on April 3, 2007, pursuant to 18 U.S.C. § 3144. They are hereby immediately remanded to the custody of the Bureau of Immigrations and Customs Enforcement (ICE) for deportation processing. Prior to deportation, the witnesses shall review and sign under oath the deposition transcript.

THUS DONE AND SIGNED THIS 17th day of July 2007, at Lake Charles, Louisiana.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE